# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Huvelle, Ellen S | 2. Court or Organization U.S. District Court for D.C. | 3. Date of Report 05/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 333 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 16 A 10: 02 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | self-employed, partner in law firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston College | May 11-12 | Newton, MA | Board of Overseers Mtg. | Transportation, Food and Hotel |
| 2. | SEAK, Inc. | June 21-22 | Hyannis, Cape Cod, MA | Speaker at Conference | Transportation, Food and Hotel |
| 3. | New York Intellectual Property Law Association | March 23-24 | New York, NY | Dinner (see next column) | Transportation, Food and Hotel for Annual Dinner in Honor of the Federal Judiciary |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HSBC | Mortgage on Rental Prop., Washington, DC (Part VII, Line 119) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Assets Tax Free Trust | D | Interest | N | T | | | | | |
| 2. America Online (now named Time Warner) | A | Dividend | J | T | partial sale | 12/19 | J | A | |
| 3. Cisco Systems | | None | K | T | | | | | |
| 4. iShares MSCI EAFE Fund | C | Dividend | M | T | | | | | |
| 5. Oracle Corp. | | None | K | T | | | | | |
| 6. Pittsburg CA Unified School District 4.0% due 8/1/07 | A | Interest | | | redeem | 8/1 | K | A | |
| 7. Missouri St. Health Edl Facs 5/125% due 01/01/09 | C | Interest | L | T | | | | | |
| 8. Cinco TX Municipal Utility 4.0% due 9/1/10 | B | Interest | L | T | | | | | |
| 9. MFS Muni Bond | B | Dividend | K | T | | | | | |
| 10. Van Kampen Emerging Markets | C | Dividend | K | T | | | | | |
| 11. Oppenheimer Developing Markets Fund | C | Dividend | K | T | | | | | |
| 12. Templeton Developing Markets | D | Dividend | L | T | | | | | |
| 13. Franklin Small Midcap | | None | | | sold | 1/8 | K | D | |
| 14. AIM International Growth Fund | C | Dividend | L | T | | | | | |
| 15. Manulife Venture Annuity | | None | M | T | | | | | |
| 16. iShares Sm Cap 600 Growth | A | Dividend | J | T | | | | | |
| 17. iShares S&P Latin America | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mississippi GO 5.750 07 Nov 01 | C | Interest | | | redeem | 11/1 | L | A | |
| 19. Allianz CCM Cap App Class C | C | Dividend | K | T | | | | | |
| 20. Calvert Large Growth Fd Cl C | A | Dividend | K | T | | | | | |
| 21. Del Int'l Value Fd Cl C | | None | | | sale | 1/8 | K | A | |
| 22. MFS Int'l Growth Fd Cl C | B | Dividend | K | T | | | | | |
| 23. Van Kampen Comstock Cl C | B | Dividend | K | T | | | | | |
| 24. Morgan Stanley Bank CD 4.900% due 1/18/07 | | None | | | redeem | 1/18 | L | A | |
| 25. Detroit MI City School District GO 5.125% due 5/1/07 | B | Interest | | | redeem | 5/1 | K | A | |
| 26. Hawaii State Highway Rev Ref-A 3.000% due 7/1/07 | B | Interest | | | redeem | 7/1 | L | A | |
| 27. Mississippi State GO 5.750% due 11/1/07 | C | Interest | | | redeem | 11/1 | L | A | |
| 28. Andover Minn GO Ref-B 2.500% due 2/1/08 | B | Interest | K | T | | | | | |
| 29. El Paso Co CO School Dist #038 5.500% due 12/1/08 | D | Interest | M | T | | | | | |
| 30. North East Independent Sch Dist TX 2.750% due 8/1/09 | C | Interest | L | T | | | | | |
| 31. American International Group | | None | | | sale | 11/26 | K | A | |
| 32. Baker Hughes | A | Dividend | K | T | | | | | |
| 33. Countrywide Financial | | None | | | sale | 1/31 | K | C | |
| 34. iShares Dow Jones US Financial Sector | | None | | | sale | 8/7 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares FTSE/Xinhua China | | None | | | sale | 2/27 | K | A | |
| 36. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 37. Morgan Stanley India Investment Fund | | None | K | T | | | | | |
| 38. Powershares Wildhill Clean Energy | | None | K | T | | | | | |
| 39. Whole Foods Markets | | None | K | T | buy | 2/23 | J | | |
| 40. Wild Oats Markets Inc. | | None | | | sale | 2/23 | J | A | |
| 41. Wisdom Tree Large Cap Dividend ETF | A | Dividend | K | T | | | | | |
| 42. Eaton Vance Large Value Fund | A | Dividend | L | T | | | | | |
| 43. AllianceBernstein International Growth | | None | J | T | | | | | |
| 44. Putnam New Value | D | Dividend | K | T | | | | | |
| 45. Lubbock TX Health 5.0% 7/1/08 | | None | M | T | buy | 8/7 | M | | |
| 46. Lauderdale FL 2.75% 10/01/08 | | None | L | T | buy | 10/16 | L | | |
| 47. Las Vegas NV 4.0% 10/01/09 | | None | M | T | buy | 10/16 | M | | |
| 48. Montgomery Co MD 5.0% 10/01/12 | | None | L | T | buy | 10/16 | L | | |
| 49. Nevada Hwy 5.0% 12/01/07 | C | Interest | | | buy | 8/7 | M | | |
| 50. | | | | | redeem | 12/1 | L | A | |
| 51. WaMut CD 5.1% 8/20/07 | C | Interest | | | buy | 1/8 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | redeem | 8/20 | L | A | |
| 53. Prudential Financial | | None | | | inherit | 10/1 | J | | |
| 54. | | | | | sell | 10/16 | J | A | |
| 55. IRA #2 | F | Dividend | P1 | T | | | | | |
| 56. -Morgan Stanley Bank (previously called Liquid Asset Fund) | | | | | | | | | |
| 57. -iShares S&P Small Cap Value | | | | | | | | | |
| 58. -iShares S&P 500 Growth | | | | | | | | | |
| 59. -iShares S&P 500 Value | | | | | | | | | |
| 60. -iShares Sm Cap Growth | | | | | | | | | |
| 61. -GTE South 6.125% due 6/15/07 | | | | | redeem | 6/15 | K | A | |
| 62. -Salomon Smith Barney 6.5% due 2/15/08 | | | | | | | | | |
| 63. -Wal-Mart Stores 6.875% due 8/10/09 | | | | | | | | | |
| 64. -Van Kampen Comstock | | | | | | | | | |
| 65. -MFS Value | | | | | | | | | |
| 66. -MFS Int'l Growth Fd | | | | | | | | | |
| 67. -Calvert Large Growth | | | | | | | | | |
| 68. -Goldman Sachs Small Cap Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Gr. Fund | | | | | | | | | |
| 70. -American Inv. Co. | | | | | | | | | |
| 71. -Sentinel Small Company | | | | | | | | | |
| 72. -Delaware Small Cap Value | | | | | | | | | |
| 73. -E.V. (Eaton Vance) Emerging Markets | | | | | partial sale | 6/7 | K | D | |
| 74. -AllianceBernstein International Value Fund Class C | | | | | | | | | |
| 75. -Dreyfus Premier Alpha Growth Fund Class C | | | | | | | | | |
| 76. -Dreyfus Premier New Leaders Fund Class C | | | | | | | | | |
| 77. -iShares MSCI EAFE | | | | | buy | 6/7 | J | | |
| 78. -MS FX Alpha Strategy Plus | | | | | buy | 10/16 | K | | |
| 79. -Eaton Vance Large Value | | | | | buy | 6/7 | K | | |
| 80. -Ivy Asset Strategy | | | | | buy | 11/28 | K | | |
| 81. Active Assets Tax Free | D | Interest | N | T | | | | | |
| 82. Apple Computer | | None | K | T | partial sale | 10/16 | K | D | |
| 83. Broadcom | | None | | | sale | 10/16 | K | C | |
| 84. Dell | | None | J | T | | | | | |
| 85. iShares MSCI EAFE | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares S&P 500 Growth | A | Dividend | L | T | | | | | |
| 87. iShares S&P 500 Value | B | Dividend | L | T | | | | | |
| 88. iShares Small CapGrowth | A | Dividend | K | T | | | | | |
| 89. Medtronic | A | Dividend | | | sale | 10/16 | J | B | |
| 90. MS India Fund | D | Dividend | K | T | | | | | |
| 91. Fort Zumwalt Missouri School District 7.0% due 2/1/07 | A | Interest | | | redeem | 2/1 | J | A | |
| 92. JEA Florida Water & Sewer 4.0% due 1/1/07 | B | Interest | | | redeem | 10/1 | K | A | |
| 93. Oyster Bay New York Public Improvements 5.0% | B | Interest | K | T | | | | | |
| 94. Van Kampen Emerging Markets Fund | D | Dividend | K | T | | | | | |
| 95. Van Kampen Comstock | B | Dividend | K | T | | | | | |
| 96. Oppenheimer Developing Markets Fund | C | Dividend | K | T | | | | | |
| 97. Delaware Trend Fund | D | Dividend | K | T | | | | | |
| 98. Allianz Cap App | B | Dividend | J | T | | | | | |
| 99. Calvert Large Growth | A | Dividend | J | T | | | | | |
| 100. MFS Value | B | Dividend | K | T | | | | | |
| 101. Am. Inv. Co. of Am. | B | Dividend | K | T | | | | | |
| 102. Franklin Small Midcap Growth Fund | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AIM Constellation Fund | | None | L | T | | | | | |
| 104. Templeton Foreign Fund | D | Dividend | M | T | | | | | |
| 105. Lincoln National American Legacy | | None | N | T | | | | | |
| 106. Alpine Int'l Real Estate | C | Dividend | K | T | buy | 5/17 | J | | |
| 107. Detroit Michigan School District GO 5.125% due 5/1/07 | B | Interest | | | redeem | 5/1 | L | A | |
| 108. NJ Econ Dev Auth Rev Sch Fac Const Ser I Q 5.0% 07-09-01 | B | Interest | | | redeem | 9/4 | L | A | |
| 109. Memphis Tenn GO Impt Rate: A1/A 5.000% due 2007-10-01 | D | Interest | | | redeem | 10/1 | M | A | |
| 110. North Las Vegas Nv 4.35% 11/01/10 | C | Interest | M | | buy | 10/18 | M | | |
| 111. Russellville Ar 4.25% 2/1/12 | C | Interest | M | | buy | 12/07 | M | | |
| 112. MS Fx Alpha Plus Strat Port | A | Dividend | L | | buy | 10/19 | M | | |
| 113. IRA #1 | D | Dividend | L | T | | | | | |
| 114. -Morgan Stanley Bank (previously Liquid Asset Fund) | | | | | | | | | |
| 115. -Delaware Small Cap Value Fund | | | | | | | | | |
| 116. C&B | A | Interest | O | T | | | | | |
| 117. Cov. Fund LLC | A | Distribution | J | T | | | | | |
| 118. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |
| 119. Rental Property, Washington, DC | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 1/3 Interest in ▮▮▮▮▮▮ in Barnstable County, MA | | None | O | W | | | | | |
| 121. Winslow Green Mutual Fund | A | Dividend | J | T | buy | 7/19 | J | | |
| 122. Retirement Account | E | Dividend | P1 | T | | | | | |
| 123. -Dodge & Cox | | | | | buy | 2/1 | J | | |
| 124. | | | | | buy | 6/1 | J | | |
| 125. -American Funds Growth Fund of Am. | | | | | buy | 2/1 | J | | |
| 126. | | | | | buy | 6/1 | J | | |
| 127. -American Beacon Small Cap | | | | | buy | 2/1 | J | | |
| 128. | | | | | buy | 6/1 | J | | |
| 129. -Ranier Small/Mid Cap Equity | | | | | | | | | |
| 130. -Lazard Emerging Mkts | | | | | buy | 2/1 | J | | |
| 131. | | | | | buy | 6/1 | J | | |
| 132. -Thornburg International | | | | | buy | 2/1 | J | | |
| 133. | | | | | buy | 6/1 | J | | |
| 134. -Schwab Stable Value | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S | 05/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544